UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Judith Grigal,                                    Civil 05-2956 MJD/FLN

              Plaintiff,

       v.                                         O R D E R

Jo Anne B. Barnhart,
Commissioner of Social Security,

              Defendant.
       _____

       Based upon the Findings of Fact, Conclusions of Law, and Recommendation by

United States Magistrate Judge Franklin L. Noel dated November 27, 2006, all the files

and records, and no objections having been filed to said Report and Recommendation,

       **IT IS HEREBY ORDERED** that:

       1.     Plaintiff's Motion for Remand for Consideration of New and Material
              Evidence  [#16] is **DENIED**;

       2.     Plaintiff's Motion for Summary Judgment [# 8] is **DENIED**;

       3.     Defendant's Motion for Summary Judgment [# 12] is **DENIED**; and

       4.     The case is **REMANDED** to the Commissioner of Social Security for
              further proceedings consistent with Magistrate Judge Noel's Report and
              Recommendation.

DATED: December 7, 2006                      s/Michael J. Davis
at Minneapolis, Minnesota                    JUDGE MICHAEL J. DAVIS
                                             United States District Court