UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Judith Grigal,                                                      Civil 05-2956 MJD/FLN

      Plaintiff,

v.                                                                         O R D E R

Michael J. Astrue,
Commissioner of Social Security,

      Defendant.
_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated June 15, 2007, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Plaintiff Judith Grigal's motion for an entry of judgment in favor of Plaintiff and motion for an award of attorney's fees and expenses [#27] pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d) is **GRANTED in part** and **DENIED in part.**

    i.    Plaintiff's motion for an entry of judgment is **GRANTED** and judgment is entered effective December 7, 2006.

    ii.    Plaintiff's motion for an award of attorney's fees and expenses [#27] is **GRANTED in part** and Plaintiff is awarded $4936.87 for attorney's fees and expenses incurred in association with this case.

DATED: July 20, 2007.                  s/Michael J. Davis
at Minneapolis, Minnesota          MICHAEL J. DAVIS
                                              United States District Court Judge